UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>C R BARD INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | No. 1:19-cv-01233-DAD-BAM<br><br>ORDER GRANTING PARTIES' JOINT MOTION TO STAY<br><br>(Doc. No. 27) |

Pending before the court is the parties' joint motion to stay these proceedings while they pursue settlement discussions. (Doc. No. 27.) Therein, the parties state that they "have been engaging in serious settlement discussions" and "jointly move this Court for an order staying discovery and pretrial deadlines and continuing the initial Scheduling Conference." (*Id.* at 2.)

Good cause appearing, the court hereby grants the parties' joint motion to stay. Accordingly, all discovery and pretrial deadlines in this action are hereby stayed, and the initial scheduling conference currently set for November 6, 2019 is hereby continued to February 6, 2020 at 09:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **October 23, 2019**

UNITED STATES DISTRICT JUDGE